IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VALLEY BOYS INC. d/b/a
VALLEY BOYS ROOFING,
Assignee,

        Plaintiff,        NO: 8:15-CV-154

vs.

WESTERN IOWA MUTUAL
INSURANCE ASSOCATION,
        Defendant.

## **ORDER**

    THIS MATTER was filed with this Court on or about July 13, 2015. The Court being fully advised in the premises finds that Plaintiff's Motion to Dismiss without Prejudice should be granted.

    IT IS ORDERED that the above-entitled cause of action is therefore dismissed without prejudice and each party to pay their own attorney fees and costs.

    IT IS SO ORDERED.

    Dated this 14th day of July, 2015.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Honorable Joseph F. Bataillon
                              Senior United States District Judge

c:
Matthew P. Saathoff
matt@saathofflaw.com

Jerald L. Rauterkus
jraut@eslaw.com